IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
APPELLATE DIVISION

GOVERNMENT OF THE VIRGIN ISLANDS, )
PUBLIC SERVICES COMMISSION, and )
VALENCIO JACKSON, Chairman, ) D.C. Civ. App. No. 2006-0014
)
) Super. Ct. Civ. No. 2002-722
Appellants, )
)
v. )
)
VIRGIN ISLANDS DAILY NEWS, )
)
Appellee. )
_____ )

On Appeal from the Superior Court of the Virgin Islands
The Honorable Edgar D. Ross, Judge Presiding

Considered: February 18, 2011
Filed: February 23, 2012

BEFORE: **CURTIS V. GÓMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Senior Sitting Judge, District Court of the Virgin Islands; and **AUDREY L. THOMAS**, Judge, Superior Court of the Virgin Islands, Division of St. Thomas and St. John, sitting by designation.

Attorneys:

Terrylyn M. Smock, Esq.
St. Thomas, U.S.V.I.
    For the Appellants,

Kevin A. Rames, Esq.
St. Croix, U.S.V.I.
    For the Appellee.

Per Curiam.

**\*ORDER\***

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Superior Court's December 19, 2005 judgment is **AFFIRMED**.

**SO ORDERED** this 23rd day of February 2012.